```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ALTER MANAGEMENT LLC, et al.,         :
                                      :      24-civ-6293-LAP
                                      :
          PLAINTIFFS,                 :      ORDER
                                      :
                                      :
          v.                          :
                                      :
                                      :
MULTIPLAN, INC., et al.,              :
                                      :
                                      :
          DEFENDANTS.                 :
-------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are informed that I am insured under a plan that is administered by Cigna.

SO ORDERED.

Dated:   New York, New York
          August 21, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge